# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **CARL GREEN and BARBARA GREEN,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) Case No. 3:19-cv-05007-MDH |
| **WALGREEN CO. d/b/a Walgreens #09420,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Doc. 10), hereby dismisses this case in its entirety, with prejudice, and with each party to pay its own costs.

**IT IS SO ORDERED.**

DATED:	July 9, 2019

                                                       */s/ Douglas Harpool*
                                                     **DOUGLAS HARPOOL**
                                                     **UNITED STATES DISTRICT JUDGE**